Marshall Porter
Acc Unknown
304 15th Street
Des Moines, IA 50309


Clare Bronfman
Acc Unknown
5 Southside Drive Suite 285
Clifton Park, NY 12065